IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARRIS HOWARD,

    Petitioner,

v.                                          CASE NO. 1:07-cv-253-MMP-AK

WALTER A. MCNEIL,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 13, Respondent's Motion for Extension of Time to File Response. Having carefully considered the matter, the Court finds the motion is well taken, and it is **GRANTED**. Respondent shall file his response no later than **September 4, 2008**. **No further extensions shall be granted to Respondent absent a showing of exigent circumstances**. Petitioner may file a reply no later than **October 6, 2008.**

    **DONE AND ORDERED** this  _5th_  day of August, 2008.

                                           *s/ A. KORNBLUM*
                                           **ALLAN KORNBLUM**
                                           **UNITED STATES MAGISTRATE JUDGE**