IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARRIS HOWARD,

    Petitioner,

v.                                         CASE NO. 1:07-cv-253-MMP-AK

WALTER A. MCNEIL,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 15, Respondent's Second Motion for Extension of Time to File Response. While Respondent is correct that the Court did not give him the full 40 days previously requested, he overlooks the fact that the Court gave him 38 additional days to file his response, and that he waited until the day his response was due to seek the second extension of time. This Court does not have the answer as to the continuing staffing and funding problems at the Attorney General's Office, but it will on this occasion–this **final** occasion–grant Respondent an additional extension. There will be no more given to Respondent in this case.

The motion for extension of time is therefore **GRANTED**. Respondent shall file his response no later than **September 24, 2008**, which is 20 days from the date that the response was due per Doc. 14. Petitioner may file a reply no later than **October 24, 2008.**

**DONE AND ORDERED** this 8th day of September, 2008.

                                                            S/A. Kornblum
                                                            **ALLAN KORNBLUM**
                                                            **UNITED STATES MAGISTRATE JUDGE**