IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DARRIS HOWARD,

    Petitioner,

v.                                  CASE NO. 1:07-cv-253-MMP-AK

WALTER A. MCNEIL,

    Respondent.
_____/

## **O R D E R**

This matter is before the Court on Doc. 17, Petitioner's Motion to Strike and Objection to Respondent's Second Motion for Extension of Time to File Response. The Court has already granted Respondent until September 24, 2008, to file his response and cautioned him that no further extensions of time will be granted. Petitioner will not be prejudiced by the Court's allowing Respondent this limited additional time, as his petition will be placed in line for decision based on the date his petition was filed, not the date of Respondent's answer. The motion is therefore **DENIED**.

**DONE AND ORDERED** this 18th day of September, 2008.

                                                S/A.Kornblum
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**